AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Raymond Mullen | ) | Case No. 8:26-mj-1899-LSG |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____April 22, 2026_____ in the county of _____Hillsborough_____ in the
___Middle___ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | Possession with the intent to distribute cocaine |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Travis Coyman, Special Agent, DEA
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me
pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 4/24/26

_____
*Judge's signature*

City and state:          Tampa, FL                    HONORABLE LINDSAY S. GRIFFIN, U.S.M.J.
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## CRIMINAL COMPLAINT

I, Travis Coyman, being duly sworn, hereby state as follows:

### Introduction and Agent Background

1.      I am a Special Agent employed by the Drug Enforcement Administration ("DEA") and have been so employed since September of 2018.  I have been assigned to Tampa District Office since May of 2024.  Prior to my assignment in Tampa, I was assigned to the Lafayette, Louisiana Post of Duty in the Western District of Louisiana.  I have had specialized training and experience in controlled substance investigations, and I am familiar with the manner in which controlled substances are manufactured, transported, packaged, marketed and consumed.  I have received training in the identification of all types of controlled substances by sight and odor.  I have made numerous arrests for violations involving such substances.  In the course of my employment, I have become familiar with the ordinary meaning of controlled substances slang and jargon, and I am familiar with the manners and techniques of how controlled substances are manufactured and transported.

2.      I completed the DEA Basic Agent Training Program at the Justice Training Center in Quantico, Virginia.  I am familiar with investigations of drug trafficking organizations, methods of importation and distribution of controlled substances, and financial investigations.  I have participated in over 100 narcotic investigations either as a case agent or in a supporting role.  I have debriefed

numerous defendants, informants, and witnesses who have personal knowledge regarding narcotics trafficking organizations. Additionally, I have participated in many aspects of drug investigations, including physical and electronic surveillance, arrests, analysis of telephone billing records for telephones used by narcotics traffickers, and authored/assisted in court ordered wiretaps, both federal and state. I am familiar with narcotics traffickers' methods of operation, including the manufacture, sales, distribution, storage, and transportation of controlled substances including, but not limited to, heroin, fentanyl, methamphetamine, and cocaine. I am familiar with the collection of money proceeds from narcotics sales and trafficking and methods of money laundering used to conceal the nature of the proceeds from such illicit activity. I have been involved in investigations regarding the unlawful possession and distribution of controlled substances, as well as related money laundering statutes involving the proceeds of specified unlawful activities and conspiracies associated with money laundering and drug trafficking crimes, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b), 846, and Title 18, United States Code, Sections 371, 1956, 1957.

3. I am authorized to investigate violations of laws of the United States, including violent crimes and narcotic offenses, and to execute warrants issued under the authority of the United States. I am currently assigned to the DEA Tampa Division. During my employment as an DEA Special Agent, I have participated in numerous investigations which have resulted in the arrests of

2

numerous individuals and the seizures of currency, financial ledgers, firearms, controlled substances, and indicia of controlled substance trafficking.  During the course of these investigations, I have conducted or participated in physical and electronic surveillance, and I have conducted numerous debriefings of witnesses, informants, cooperating defendants, and other individuals cooperating with the United States.  I have executed or assisted in executing numerous search warrants resulting in the seizure of firearms, narcotics, narcotics records, and financial documents.

4.      I submit this affidavit in support of a Criminal Complaint charging Raymond MULLEN ("MULLEN") with Possession with the intent to distribute cocaine in violation of 21 U.S.C. § 841.

### PROBABLE CAUSE

5.      On April 22, 2026, members of DEA's Tampa office along with members of the Tampa Police Department conducted a traffic stop on MULLEN. During the stop, MULLEN was driving a vehicle registered to MULLEN ["MULLEN's vehicle"] and was the only occupant of MULLEN's vehicle. During the traffic stop, a drug detection k9 alerted to the odor of drugs within MULLEN's vehicle. A probable cause search of MULLEN's vehicle resulted in the location/seizure of approximately 1 kilogram of cocaine. MULLEN was subsequently arrested while in possession of MULLEN's cellular device.

6.      On April 23, 2026, in the Middle District of Florida, I executed a federal search warrant on MULLEN's cellular device. During a review of that

3

device, I observed numerous communications describing the purchase and distribution of drugs, specifically cocaine, marijuana, and illicit tablets.

7.     Based on the facts above I believe there is probable cause that on April 22, 2026, MULLEN possessed with the intent to distribute a kilogram of cocaine 21 U.S.C. § 841 within the Middle District of Florida.

Respectfully submitted,

_____
Special Agent Travis Coyman
Drug Enforcement Administration


Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone or other reliable electronic means consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) before me this 24th day of April, 2026.

_____
HONORABLE LINDSAY S. GRIFFIN
United States Magistrate Judge

4