UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 8:26-mj-1899-LSG

RAYMOND MULLEN

_____/

## ORDER

On May 11, 2026, Mr. Mullen informed the Court that he has been diagnosed with a latent and infectious disease for which he is not receiving adequate treatment at his place of incarceration.

In light of this information, the Court directs his place of incarceration to promptly ensure that Mr. Mullen receives a medical evaluation by qualified medical personnel to assess and treat him. He must be provided all prescribed medications unless discontinued by a doctor.

Defense counsel is directed to provide a copy of this order to Mr. Mullen's place of incarceration.

ORDERED in Tampa, Florida, on February 6, 2026.

NATALIE HIRT ADAMS
UNITED STATES MAGISTRATE JUDGE

CC: United States Marshals Service